1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9   KRISTINA KYSONE,                    No.  2:14-cv-01649-GEB-CKD

10              Plaintiff,

11       v.                             **ORDER RE: SETTLEMENT AND
                                        DISPOSITION**
12   REGIS CORPORATION, a
     Minnesota corporation; COOL
13   CUTS 4 KIDS, a Delaware
     corporation; and MELISSA
14   ECHOLS, an individual,

15              Defendant.

16

17           The parties filed a Notice of Settlement on December 2,

18   2015, in which they state in relevant part:

19               On  December  1,  2015,  [the  parties]
             reached an agreement in principle to resolve
20           the above captioned case. The [p]arties are
             currently drafting a settlement agreement and
21           anticipate finalizing it and implementing it,
             so that they can file a Request for Dismissal
22           with Prejudice within sixty (60) days from
             today's date.
23

24   (Notice of Settlement, ECF No. 23.)

25           Therefore, a dispositional document shall be filed no

26   later than February 1, 2016. Failure to respond by this deadline

27   may be construed as consent to dismissal of this action without

28   prejudice, and a dismissal order could be filed.  See E.D. Cal.

                                  1

1  R. 160(b) ("A failure to file dispositional papers on the date

2  prescribed by the Court may be grounds for sanctions.").

3          IT IS SO ORDERED.

4  Dated:  December 3, 2015

5

6  _____

7  GARLAND E. BURRELL, JR.
   Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2